SEPTEMBER 25, 1959

No. 63413.—Border Brokerage Company *v.* United States, protest 58/7635.——————C.D. 2105. Motion of Government for rehearing denied.

SEPTEMBER 29, 1959

No. 63414.—SUIT 4958.—United States *v.* Baker Perkins, Inc., and R. F. Downing & Co., Inc.—

C.D. 1961 reversed July 7, 1959. C.A.D. 714.

BEFORE THE SECOND DIVISION, OCTOBER 6, 1959

No. 63415.—Markt & Hammacher Co. *v.* United States, protest 315751–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.